IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN W. HENDERSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Petitioner,

v.          CASE NO. 1D15-2238

STATE OF FLORIDA,

  Respondent.

_____/

Opinion filed June 2, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

John W. Henderson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  The petition for writ of habeas corpus is dismissed.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

RAY, SWANSON, and MAKAR, JJ., CONCUR.